No. 03–948.  SMITH *v.* JONES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–949.  ANHEUSER-BUSCH, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari denied. ▮

No. 03–1025.  HALLIBURTON ENERGY SERVICES, INC. *v.* BJ SERVICES CO.  C. A. Fed. Cir.  Certiorari denied. ▮

No. 03–1044.  OWNER-OPERATOR INDEPENDENT DRIVERS ASSN., INC., ET AL. *v.* NEW PRIME, INC., DBA PRIME, INC., ET AL.  C. A. 8th Cir.  Certiorari denied. ▮

No. 03–1083.  ST. VINCENT MEDICAL CENTER ET AL. *v.* SERVICE EMPLOYEES INTERNATIONAL UNION ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 03–1084.  ROLE *v.* ATCO PRODUCTS, INC.  C. A. 3d Cir.  Certiorari denied. ▮

No. 03–1086.  SHR LTD. PARTNERSHIP *v.* MERCURY EXPLORATION CO. ET AL.  Ct. App. Mich.  Certiorari denied.

No. 03–1094.  GENERAL MILLS, INC., ET AL. *v.* COMMISSIONER OF REVENUE OF MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied. ▮

No. 03–1095.  ANDREWS *v.* ANDREWS.  Super. Ct. Ariz., County of Maricopa.  Certiorari denied.

No. 03–1100.  JONES, DBA MELDER PUBLISHING CO. *v.* HAWKINS ET AL.  C. A. 5th Cir.  Certiorari denied. ▮

No. 03–1101.  CORY *v.* FAHLSTROM ET AL.  C. A. 10th Cir.  Certiorari denied. ▮

No. 03–1107.  CENTER FOR FAIR PUBLIC POLICY ET AL. *v.* MARICOPA COUNTY, ARIZONA, ET AL.  C. A. 9th Cir.  Certiorari denied. ▮

No. 03–1112.  EDLUND *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA.  C. A. 8th Cir.  Certiorari denied.